# Supreme Court of Texas

No. 23-0032

Weekley Homes, LLC,

*Petitioner*,

v.

John Paniagua; and Hermelinda Maravilla Corona,
Jose Camerino Maravilla, Sr., and Margarita Maravilla,
Individually and as Personal Representatives of the Estate of
Jose Camerino Maravilla, Deceased, et al.,

*Respondents*

On Petition for Review from the
Court of Appeals for the Fifth District of Texas

**JUDGMENT**

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record and counsels' briefs, but without hearing oral argument under Texas Rule of Appellate Procedure 59.1, concludes that the court of appeals' judgment should be reversed in part.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The portion of the court of appeals' judgment reversing the trial court's judgment as to Respondents' negligence and premises-liability claims is reversed;

2) The case is remanded to the court of appeals for further proceedings; and

3) Petitioner shall recover, and Respondents shall pay, the costs incurred by Petitioner in this Court.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Fifth District and the 298th District Court of Dallas County, Texas, for observance.

Opinion of the Court delivered Per Curiam.

June 21, 2024

**********